IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

RECEIVED
U.S.D.C. CLERK, CHARLESTON, SC

2007 JUN 27  A 10: 37

Beverly C. Laribo, )
)
        Plaintiff, )
) Civil Action No.: 8:06-1839-SB-BHH
v. )
)
Michael J. Astrue, ) **ORDER**
Commissioner of Social Security, )
)
        Defendant. )
)

This matter is before the Court on the Plaintiff's action for judicial review, pursuant to 42 U.S.C. § 405(g), of a final decision of the Commissioner of Social Security, which denied the Plaintiff's claim for disability insurance benefits and supplemental security income. The record includes a report and recommendation ("R&R") of a United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(a). In the R&R, filed on May 23, 2007, Magistrate Judge Bruce H. Hendricks recommends that the decision of the Commissioner of Social Security be affirmed. Pursuant to 28 U.S.C. § 636(b)(1), a party may file written objections to an R&R within ten days of being served with a copy. To date, no written objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, because no objections were filed, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, based on the foregoing, the Court hereby adopts the Magistrate Judge's R&R as the Order of the Court, and it is

ORDERED that the decision of the Commissioner of Social Security is affirmed, and this matter is ended.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

June **26**, 2007
Charleston, South Carolina